# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:23–cv–06640–SM–JVM

| | |
|---|---|
| Carter's Loop Apartments, LLC v. Mt. Hawley Insurance Company | Date Filed: 11/02/2023 |
| Assigned to: Judge Susie Morgan | Date Terminated: 01/26/2024 |
| Referred to: Magistrate Judge Janis van Meerveld | Jury Demand: None |
| Case in other court:  21st JDC, Tangipahoa Parish, 23–0003217 Div. A | Nature of Suit: 110 Insurance |
| Cause: 28:1441 Petition for Removal– Insurance Contract | Jurisdiction: Diversity |

**Plaintiff**

**Carter's Loop Apartments, LLC**     represented by     **John Mark Fezio**
Pandit Law Firm
701 Poydras Street
Ste 3950
New Orleans, LA 70130
504–756–6948
Email: jfezio@panditlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew M. Mize**
Robichaux, Mize, Wadsack & Richardson, LLC
1777 Ryan St.
Lake Charles, LA 70601
337–433–0234
Fax: 337–433–8595
Email: mmm@rmwlegal.com
*ATTORNEY TO BE NOTICED*

**Peter Newton Freiberg**
Pandit Law Firm
701 Poydras Street
Suite 3950
New Orleans, LA 70139
504–313–3800
Email: pfreiberg@panditlaw.com
*ATTORNEY TO BE NOTICED*

**Rajan Pandit**
Pandit Law Firm, LLC (New Orleans)
701 Poydras Street
Suite 3950
New Orleans, LA 70139
504–313–3800
Email: raj@panditlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Mt. Hawley Insurance Company** | represented by | **Seth Andrew Schmeeckle** <br> Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (New Orleans) <br> 601 Poydras St. <br> Suite 2775 <br> New Orleans, LA 70130 <br> (504) 568–1990 <br> Email: sschmeeckle@lawla.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Julie Schwartzwald Meaders** <br> Lugenbuhl, Wheaton, Peck, Rankin & Hubbard <br> 601 Poydras Street <br> Suite 2775 <br> New Orleans, LA 70130 <br> 504–568–1990 <br> Email: jmeaders@lawla.com <br> *ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| **Hurricane Ida Program Administrator** | represented by | **Francis Joseph Lobrano** <br> Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux <br> Energy Centre <br> 1100 Poydras Street <br> Suite 3100 <br> New Orleans, LA 70163 <br> 504–585–3800 <br> Email: lobrano@carverdarden.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2023 | Ï 1 | NOTICE OF REMOVAL from 21st JDC, Tangipahoa Parish, case number 23–0003217 Div. A (Filing fee $ 402 receipt number ALAEDC–10251956) filed by Mt. Hawley Insurance Company. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A Certified Copy of State Court Record, # 3 Exhibit B Notice to State Court, # 4 Exhibit C Listing and Notice of Compliance)Attorney Julie Schwartzwald Meaders added to party Mt. Hawley Insurance Company(pty:dft).(Meaders, Julie) Modified text on 11/2/2023 (mmv). (Entered: 11/02/2023) |
| 11/02/2023 | Ï 2 | Rule 7.1 Disclosure Statement by Mt. Hawley Insurance Company *Diversity Jurisdiction*. (Meaders, Julie) Modified text on 11/2/2023 (mmv). (Entered: 11/02/2023) |
| 11/02/2023 | Ï 3 | Statement of Corporate Disclosure by Mt. Hawley Insurance Company identifying Corporate Parent Black Rock, Inc., Corporate Parent Vanguard Group, Inc., Corporate Parent RLI Corp., Corporate Parent RLI Insurance Company, Corporate Parent State Street Corporation for Mt. Hawley Insurance Company (Meaders, Julie) Modified text on 11/2/2023 (mmv). (Entered: 11/02/2023) |
| 11/02/2023 | Ï 4 | |

| | | |
|---|---|---|
| | | Initial Case Assignment to Judge Wendy B Vitter and Magistrate Judge Janis van Meerveld. (mb) (Entered: 11/02/2023) |
| 11/02/2023 | Ï 5 | HURRICANE IDA CLAIMS Third Amendment to CMO No. 1. Signed by Chief Judge Nannette Jolivette Brown on 9/14/2023.(mmv) (Entered: 11/02/2023) |
| 11/02/2023 | Ï 6 | DIRECTIVE PURSUANT TO 28 U.S.C. 1447(b) re 1 Notice of Removal. By Clerk.(mmv) (Entered: 11/02/2023) |
| 11/03/2023 | Ï 7 | ORDER OF RECUSAL. IT IS ORDERED that the Clerk of Court reallot this matter to another Section of this Court. Judge Wendy B Vitter recused. Case reassigned to Judge Susie Morgan. Signed by Judge Wendy B Vitter on 11/3/2023.(mmv) (NEF: J. Morgan, Case Mgr.) (Entered: 11/03/2023) |
| 12/27/2023 | Ï 8 | HURRICANE IDA CLAIMS Fourth Amendment to CMO No. 1. Signed by Chief Judge Nannette Jolivette Brown on 12/12/2023.(lag) (Entered: 12/27/2023) |
| 01/02/2024 | Ï 9 | ANSWER to 1 Notice of Removal, *and Affirmative Defenses* by Mt. Hawley Insurance Company.(Meaders, Julie) (Entered: 01/02/2024) |
| 01/02/2024 | Ï 10 | MOTION to Transfer Case *Venue* by Mt. Hawley Insurance Company. Motion(s) will be submitted on 1/31/2024. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Submission, # 4 Exhibit A Certified Policy, # 5 Exhibit B In re Mt Hawley Insurance Company, # 6 Exhibit C Starlight Studios, # 7 Exhibit D Brown's Village Plaza, # 8 Exhibit E Brooks & Brooks, # 9 Exhibit F SR Hospitality, # 10 Exhibit G Canal@Camp, # 11 Exhibit H Esplanade 2018 Partners, # 12 Exhibit I Domingue, # 13 Exhibit J William B. Coleman, Inc., # 14 Exhibit K Burk Holding, # 15 Exhibit L UMMIID, # 16 Exhibit M SR Hospitality, # 17 Exhibit N Storm Damage Solutions, # 18 Exhibit O Capital One First Management, # 19 Exhibit P Valdes, # 20 Exhibit Q Krishiv, # 21 Exhibit R Smith, # 22 Exhibit S Ninora, # 23 Exhibit T Recovery Performance, # 24 Exhibit U 421 NW 12 St, # 25 Exhibit V Oasis Beauty, # 26 Exhibit W La Teresita, # 27 Exhibit X Murray Hill Presbyterian, # 28 Exhibit Y Storm Damage Solutions, # 29 Exhibit Z Summerwind, # 30 Exhibit AA Doral City, # 31 Exhibit BB Pinto, # 32 Exhibit CC New Hope Missionary Baptist Church, # 33 Exhibit DD US Rubber, # 34 Exhibit EE Davilyn, # 35 Exhibit FF La Porte, # 36 Exhibit GG Amusam)(Meaders, Julie) (Entered: 01/02/2024) |
| 01/26/2024 | Ï 11 | ORDER GRANTING 10 MOTION to Transfer Venue. IT IS HEREBY ORDERED that this case is hereby transferred to the Southern District of New York. Signed by Judge Susie Morgan on 1/26/2024.(pp) (Entered: 01/26/2024) |

CARTER'S LOOP APARTMENTS, LLC v. MT. HAWLEY INSURANCE COMPANY (2:23–cv–06640–SM–JVM)