**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CARTER'S LOOP APARTMENTS, LLC,** **PLAINTIFF** | **CIVIL ACTION NO.: 1:24-cv-00761** |
| **VERSUS** | **JUDGE JED S. RAKOFF** |
| **MT. HAWLEY INSURANCE COMPANY,** **DEFENDANT** | |

## JOINT NOTICE OF SETTLEMENT

The parties wish to advise the Court that this matter has been settled and compromised, and that they are proceeding to confect the settlement. The parties respectfully request that the Court enter a sixty-day order of dismissal, continue the trial and the pretrial conference *sine die*, and deny as moot all pending motions.

**Date:** September 28, 2024

**Respectfully submitted,**

**PANDIT LAW FIRM, LLC**
**BY:** */s/ Peter N. Freiberg*
**PETER N. FREIBERG** (PF-1561)
**JOHN MARK FEZIO**, admitted *pro hac vice*
**PHILLIP SANOV,** admitted *pro hac vice*
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone:     (504) 313-3800
Facsimile:     (504) 313-3820
 Email:        pfreiberg@panditlaw.com
               jfezio@panditlaw.com
               psanov@panditlaw.com

*Attorneys for Plaintiff, Carter's Loop Apartments, LLC*

AND

1

**QUILLING, SELANDER, LOWNDS**
**WINSLETT & MOSER, P.C.**
**BY**: */s/ Brent J. Rodine*
**BRENT J. RODINE**, admitted *pro hac vice*
**GREG K. WINSLETT**, admitted *pro hac vice*
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone:     (214) 871-2100
Facsimile:     (214) 871-2111
Email:         brodine@qslwm.com
               gwinslett@qslwm.com

and

**CHARTWELL LAW**
**MATTHEW KRAUS**
**ANDREW J. FURMAN**
One Battery Park Plaza, Suite 710
New York, NY 10004
Telephone:     (212) 968-2300
Facsimile:     (212) 968-2400
Email:         afurman@chartwelllaw.com
               mkraus@chartwelllaw.com

*Attorneys for Defendant, Mt. Hawley Insurance*
*Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Peter N. Freiberg*

2